ACCEPTED
14-14-00514-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 10:21:00 AM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00514-CR

| | | |
|---|---|---|
| PAUL WAYNE HARRIS | § | IN THE COURT OF APPEALS |
| VS. | § | FOURTEENTH JUDICIAL DISTRICT |
| STATE OF TEXAS | § | HOUSTON, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 10:21:00 AM
CHRISTOPHER A. PRINE
Clerk

## STATE'S FIRST MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), the State, by and through its Fort Bend County District Attorney, asks this Court to grant an extension of time to submit its appellate brief in the above-referenced cause.

Pursuant to Texas Rule of Appellate Procedure 10.5(b), the State provides the following information:

Current Deadline:            February 2, 2015

Length of Extension Sought:     60 days to April 3, 2015

Number of Previous Extensions:   None

Facts reasonably explaining the need for an extension:

In the last thirty days, the undersigned assistant district attorney completed the State's response to the petition for writs of mandamus and prohibition in *Ex rel James Albert Turner v. Brady G. Elliott, Judge 268th District Court,* No. WR-80,559-02

1

(leave to file denied January 26, 2015); the State's petition for discretionary review in *Moore v. State*, No. PD-1634-14; and assisted and continues to assist in the preparation for a retrospective competency jury trial in a death penalty case, *State of Texas v. Albert James Turner*, Cause No. 10-DCR-054233, set for February 3, 2015.

The undersigned has been assigned to write the State's appellate brief in *Gamez v. State*, No. 14-14-00203-CR, due March 8, 2015, on an extended deadline, and the State's supplemental answer in *Ex parte Sandbloom*, WR-79,922-02, issues to be resolved before March 10, 2015, on remand by the Court of Criminal Appeals.

The undersigned is one of three appellate attorneys assisting forty-nine trial and administrative attorneys with research and trial support.

The State asks for an extension of time not for delay only, but to see that justice is done. Barring unforeseen circumstances, the State will not seek any further extension of time.

<div style="margin-left:50%">

Respectfully submitted,

John F. Healey, Jr.
SBOT # 09328300
District Attorney, 268th Judicial District
Fort Bend County, Texas

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell
SBOT # 11395400
Assistant District Attorney
301 Jackson Street, Room 101
Fort Bend County, Texas 77469
(281) 238-3205/(281) 238-3340 (fax)

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State's motion for extension of time was served on February 2, 2015, on Mr. David Alan Disher, Attorney for Appellant through the electronic filing manager or by email.

<div style="margin-left:50%">

/s/ Gail Kikawa McConnell
Gail Kikawa McConnell

</div>